IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | CASE NO.: | 08-12871-MAM-13 |
| DARRYL K. WILKERSON | DATE: | 10/10/2014 |
| JO LYNN WILKERSON | | |
| DEBTORS | DATE CONFIRMED: | 01/14/2009 |
| ATTORNEY: STEPHEN L. KLIMJACK, LLC | DATE CLOSED: | 07/21/2014 |

## FINAL REPORT AND ACCOUNTING

I, J.C. McAleer, Chapter 13 Trustee, am filing the following final report and accounting and certify that the estate has been fully administered. The case was COMPLETED.

Amount paid to Trustee by or for the Debtor for benefit of creditors: $44,783.22

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| ALLIED DATA CO | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ALLIED INTERSTATE | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ALVIN H. HALCOMB, JR. | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICAN FAMILY | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| AMSHER COLLECTION | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BALDWIN COUNTY PRIMARY CARE | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BALDWIN COUNTY SOLID WASTE I | UNSECURED | $41.48 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BALDWIN EMERGENCY | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BALDWIN EMERGENCY | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BALDWIN EMERGENCY | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BAY RADIOLOGY | UNSECURED | $40.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BAY RADIOLOGY | UNSECURED | $6.26 | 100.00 | $6.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| BAY RADIOLOGY | UNSECURED | $5.31 | 100.00 | $5.31 | $0.00 | $0.00 | $0.00 | $0.00 |
| BAY RADIOLOGY | UNSECURED | $10.85 | 100.00 | $10.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| BELK | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BELLSOUTH | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BNA FINANCIAL BUREAU, INC. | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | $1,015.75 | 100.00 | $1,015.75 | $0.00 | $0.00 | $0.00 | $0.00 |
| CASH NET | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CASH NET | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CHECKCARE | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COMPASS | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COMPLETE CREDIT SOLUTIONS | UNSECURED | $27.09 | 100.00 | $27.09 | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDIT COLLECTION | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDIT COLLECTION | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDIT COLLECTION | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDIT SOLUTIONS | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DAPHNE UTILITIES | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DIAGNOSTIC & MEDICAL | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DIRECT MANAGEMENT | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DIRECT MANAGEMENT | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DIRECT MANAGEMENT | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| EAST BAY FUNDING | UNSECURED | $128.03 | 100.00 | $128.03 | $0.00 | $0.00 | $0.00 | $0.00 |
| EAST BAY FUNDING | UNSECURED | $56.92 | 100.00 | $56.92 | $0.00 | $0.00 | $0.00 | $0.00 |
| EAST BAY FUNDING | UNSECURED | $59.27 | 100.00 | $59.27 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| EAST BAY FUNDING | UNSECURED | $91.50 | 100.00 | $91.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| EAST BAY FUNDING | UNSECURED | $72.16 | 100.00 | $72.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORP. | UNSECURED | $48.02 | 100.00 | $48.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORP. | UNSECURED | $54.84 | 100.00 | $54.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| EMERALD HEALTHCARE | UNSECURED | $94.56 | 100.00 | $94.56 | $0.00 | $0.00 | $0.00 | $0.00 |
| ENCORE RECEIVABLE MANAGEME | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FAYETTE COMMUNITY HOSPITAL | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FAYETTE COMMUNITY HOSPITAL | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FAYETTE COMMUNITY HOSPITAL | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FAYETTE COMMUNITY HOSPITAL | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FCNB | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FIRST NATIONAL BANK | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FRANKLIN COLLECTION | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FRANKLIN PRIMARY HEALTH | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| GULF TELEPHONE COMPANY, INC | UNSECURED | $30.81 | 100.00 | $30.81 | $0.00 | $0.00 | $0.00 | $0.00 |
| IC SYSTEM INC | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | $1,080.38 | 100.00 | $1,080.38 | $0.00 | $0.00 | $0.00 | $0.00 |
| ISLAND NATIONAL GROUP LLC | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS | UNSECURED | $36.05 | 100.00 | $36.05 | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS | UNSECURED | $43.84 | 100.00 | $43.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL/COMPUCREDI | UNSECURED | $80.13 | 100.00 | $80.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL/COMPUCREDI | UNSECURED | $68.99 | 100.00 | $68.99 | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL/COMPUCREDI | UNSECURED | $51.74 | 100.00 | $51.74 | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL/COMPUCREDI | UNSECURED | $62.71 | 100.00 | $62.71 | $0.00 | $0.00 | $0.00 | $0.00 |
| LABCORP | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LTD FINANCIAL SERVICES | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MEDICAL PARK | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDLAND CREDIT MANAGEMENT | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MOBILE INFIRMARY | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| NAC | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| NCO | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| NEXCHECK | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| NORTHLAND GROUP | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| NORTHSHORE AGENCY | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| NORTHSTAR EMS | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ONLINE COLLECTION | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| OSI | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| POTTS & SMITH | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | $27.75 | 100.00 | $27.75 | $0.00 | $0.00 | $0.00 | $0.00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | $32.22 | 100.00 | $32.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | $43.89 | 100.00 | $43.89 | $0.00 | $0.00 | $0.00 | $0.00 |
| PROFESSIONAL ACCOUNT | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PROFESSIONAL CAREER | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PULMONARY & CRITICAL CARE | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| QUEST COMMUNICATIONS | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| QUEST COMMUNICATIONS | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RIVIERA UTILITIES | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RJM ACQUISITIONS FUNDING | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RJM ACQUISITIONS FUNDING | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RJM ACQUISITIONS FUNDING LLC | UNSECURED | $35.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RJM ACQUISTIONS FUNDING,LLC | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RJM ACQUISTIONS FUNDING,LLC | UNSECURED | $20.46 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RJM ACQUISTIONS FUNDING,LLC | UNSECURED | $7.02 | 100.00 | $7.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| RMCB | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RMCB | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| ROBERT D. REYNOLDS, ATTY FOR | UNSECURED | $242.74 | 100.00 | $242.74 | $0.00 | $0.00 | $0.00 | $0.00 |
| ROUNDUP FUNDING, LLC | UNSECURED | $62.61 | 100.00 | $62.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| SANTANDER CONSUMER | SECURED - PREF PY | $15,700.00 | 100.00 | $15,700.00 | $2,187.63 | $0.00 | $0.00 | $0.00 |
| SANTANDER CONSUMER | SECURED - PREF PY | $13,600.00 | 100.00 | $13,600.00 | $1,838.60 | $0.00 | $0.00 | $0.00 |
| SANTANDER CONSUMER | UNSECURED | $45.27 | 100.00 | $45.27 | $0.00 | $0.00 | $0.00 | $0.00 |
| SANTANDER CONSUMER | UNSECURED | $35.43 | 100.00 | $35.43 | $0.00 | $0.00 | $0.00 | $0.00 |
| SAPP FAMILY MEDICAL PC | UNSECURED | $241.00 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SELECT FINANCIAL SERVICES | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SKO BRENNER AMERICAN | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SOUTH BALDWIN REG MED CTR | UNSECURED | $40.02 | 100.00 | $40.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| STATE OF ALA/DEPT. OF REVENUE | UNSECURED | $14.56 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| STATE OF ALA/DEPT. OF REVENUE | PRIORITY | $370.44 | 100.00 | $370.44 | $0.00 | $0.00 | $0.00 | $0.00 |
| STOKES & CLINTON | UNSECURED | $12.68 | 100.00 | $12.68 | $0.00 | $0.00 | $0.00 | $0.00 |
| STOKES & CLINTON | UNSECURED | $16.75 | 100.00 | $16.75 | $0.00 | $0.00 | $0.00 | $0.00 |
| STOKES & CLINTON | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| THOMAS HOSPITAL | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| THOMAS HOSPITAL | UNSECURED | $103.51 | 100.00 | $103.51 | $0.00 | $0.00 | $0.00 | $0.00 |
| THOMAS HOSPITAL | UNSECURED | $24.16 | 100.00 | $24.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| THORNTON FINANCIAL SERVICES | PRIORITY | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TIMBER INDUSTRIES | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL RECOVERY | UNSECURED | $37.45 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| UNIVERSAL | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| VAN RU CREDIT CORP | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| WACHOVIA | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| WINN DIXIE | UNSECURED | $0.00 | 16.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| PRIORITY | $1,450.82 |
| PRIORITY INSURANCE | $0.00 |
| SECURED | $29,300.00 |
| INTEREST | $4,026.23 |
| UNSECURED | $2,738.88 |
| COURT CLERK: | $0.00 |
| ATTORNEY FEE: | $3,000.00 |
| TRUSTEE FEE: | $2,183.30 |
| REFUNDED TO DEBTOR: | $2,083.99 |
| ADMINISTRATIVE: | $0.00 |
| TOTAL: | $44,783.22 |

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ J.C. McAleer

J.C. McAleer, Trustee